

# Missouri Court of Appeals
## Southern District

**MARCH 12, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33429

    Re:  ROBERT M. LUTZ,
         Movant-Appellant,
         vs.
         STATE OF MISSOURI,
         Respondent-Respondent.